# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| | * |
| v. | *   Crim. No. 24-cr-00066-TFM |
| | * |
| **JAMAR LEE WEBB** | * |

## PRELIMINARY ORDER OF FORFEITURE

The United States has filed a motion seeking a preliminary order of forfeiture in this case. [Doc. No. 26]  Upon consideration of this motion and a review of the record, the United States' motion is **GRANTED**. Accordingly, this Court issues the following preliminary order of forfeiture pursuant to FED. R. CRIM. P. 32.2(b)(2)(A).

It is **ORDERED** that defendant Jamar Lee Webb's ("Webb's") interest in the following property:

1) **One Smith & Wesson, model SW40VE, .40 caliber pistol, serial number PBH8757; and**

2) **14 rounds of WIN 40S&W ammunition,**

is hereby terminated and the property is forfeited to the United States pursuant to 18 U.S.C. § 924(d)(1). The U.S. Department of Homeland Security, Homeland Security Investigations ("HSI"), or other appropriate federal agency, is authorized to secure the custody and control of the property. Following the issuance of this Order, the United

States shall provide all appropriate notifications in accordance with the procedures set out in 21 U.S.C. § 853 and FED. R. CRIM. P. 32.2(b)(6).

The United States shall have clear title to the above-described property following the disposition of all third-party petitions, or if no such petitions are filed, following the expiration of the period provided for the filing of such petitions. 21 U.S.C. § 853(n)(7); *see also* FED. R. CRIM. P. 32.2(c)(2) (explaining the procedures for ancillary proceedings should third-party claims be filed against forfeitable property).

This Order shall become final as to Webb at the time of his sentencing and shall be made part of his sentence and judgment. FED. R. CRIM. P. 32.2(b)(4)(A), (B).

This Court shall retain jurisdiction to enforce this Order, and to amend it as necessary. FED. R. CRIM. P. 32.2(e).

DONE and ORDERED this 30th day of July 2025.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE